days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2485. In the Matter of Discipline of Robert E. Mittendorff.**

561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5596.

July 26, 2010. Robert E. Mittendorff, of Washington, District of Columbia, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2486. In the Matter of Discipline of Garrett L. Lee.**

561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5619.

July 26, 2010. Garrett L. Lee, of Washington, District of Columbia, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2487. In the Matter of Discipline of Paul W. Bergrin.**

561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5621.

July 26, 2010. Paul W. Bergrin, of Brooklyn, New York, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

---

requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2488. In the Matter of Discipline of David P. Weaver.**

561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5607.

July 26, 2010. David P. Weaver, of San Francisco, California, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

**No. D-2489. In the Matter of Discipline of John M. Moran.**

561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5556.

July 26, 2010. John M. Moran, of Dorchester, Massachusetts, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.